UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELKINO DAWKINS, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SOCIAL SERVICES, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:14-cv-01804-APG-NJK <br><br> **REPORT AND RECOMMENDATION** |

This matter is before the Court on Plaintiff's failure to comply with the Court's Order (Docket No. 2). On November 7, 2014, the Court granted Plaintiff's request pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 2. The Court further screened the Complaint pursuant to 28 U.S.C. § 1915(e)(2). *Id.* The Court found that the Complaint failed to sufficiently state a claim upon which relief could be granted and allowed Plaintiff an opportunity to amend his Complaint, no later than December 8, 2014. *Id.* The Order advised Plaintiff that failure to comply would result in a recommendation to the District Judge for dismissal. *Id.*, at 4. Plaintiff has neither complied nor requested an extension of time in which to comply. *See* Docket.

Accordingly,

**IT IS RECOMMENDED** that this action be **DISMISSED** without prejudice to Plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full or submits a completed application to proceed *in forma pauperis*.

. . .

**IT IS FURTHER RECOMMENDED** that the Clerk of the Court enter judgment accordingly.

### NOTICE

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.

Dated:   December 15, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE