**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ELKINO DAWKINS, | Case No. 2:14-CV-01804-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| SOCIAL SERVICES, | |
| Defendant. | |

     Magistrate Judge Koppe previously screened plaintiff's complaint, found it failed to state a claim, and granted plaintiff leave to amend his complaint before December 8, 2014. (Dkt. #2.) Plaintiff did not do so. On December 15, 2014, Magistrate Judge Koppe entered a Report & Recommendation (Dkt. #4) recommending I dismiss the complaint without prejudice. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. The Report & Recommendation contains the appropriate legal and factual analysis to support its conclusion, and it is not erroneous or contrary to law.

     IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #4) is accepted and Plaintiff's Complaint is DISMISSED without prejudice. The clerk shall enter judgment accordingly.

     DATED this 10th day of February, 2015.

                                          ANDREW P. GORDON
                                          UNITED STATES DISTRICT JUDGE